AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:24-MJ-06481 | Date and time warrant executed:<br>10/24/2024; approx. 2:45pm | Copy of warrant and inventory left with:<br>18344 Oxnard St, Ste 211, Tarzana, CA 91356 |

Inventory made in the presence of:
Aren Alexander

Inventory of the property taken and name of any person(s) seized:

Item #: 18 Org #: 82682 OI Item #: CAR
Description: Patient documents and business records.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/1/2024

JOSHUA PREUSS
Digitally signed by JOSHUA PREUSS
Date: 2024.11.01 10:29:36 -07'00'

*Executing officer's signature*

Joshua Preuss, Special Agent

*Printed name and title*